## JACKSON v. STATE. (No. 12328.)

Court of Criminal Appeals of Texas. Dec. 19, 1928.

Thomas & Whitaker, of Big Springs, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for burglary; punishment, four years in the penitentiary.

The record is here without any bills of exception or statement of facts. The charge of the court follows the indictment, and the judgment and sentence appear to be regular.

No error appearing, the judgment is affirmed.